# Court of Appeals
# of the State of Georgia

ATLANTA,  October 19, 2012

*The Court of Appeals hereby passes the following order:*

**A12A2525.  THOMPSON v. MATHIS**

This appeal was docketed on August 13, 2012.  Appellant was required to file his brief and enumeration of errors by September 4, 2012, as the 20-day deadline to file a brief fell over Labor Day weekend. See Court of Appeals Rules 3, 23 (a).  As of October 6, 2012, Appellant still had not submitted a brief and enumeration of errors, nor had Appellant requested an extension.  Accordingly, Case Number A12A2525 is hereby DISMISSED for Appellant's failure to file a brief and enumeration of errors in support of his appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/19/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*